236 S.E.2d 704 (1977)
293 N.C. 159
RELIANCE INSURANCE COMPANY
v.
James D. WALKER, Kenneth Lewis and Aetna Insurance Company.
Supreme Court of North Carolina.
July 14, 1977.
Battle, Winslow, Scott & Wiley, for plaintiff.
Knox & Kornegay, for defendant Walker.
Kenneth Lewis, in pro. per.
Young, Moore, Henderson & Alvis, for Aetna Insurance Company.
Petitions by plaintiff and by defendant Walker for discretionary review under GS 7A-31, 33 N.C.App. 15, 234 S.E.2d 206. Denied.